DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SUSAN TROPEANO, JOSEPH TROPEANO,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.
----------------------------------------------------------x

**ORDER**

06-CV-2218 (SLT)(LB)

**TOWNES, United States District Judge:**

On May 12, 2006, Susan and Joseph Tropeano filed the instant action alleging, *inter alia*, violations of federal employment discrimination statutes. By order dated October 30, 2006, the Court granted Susan Tropeano's request to proceed *in forma pauperis*, dismissed the complaint in part and directed Susan Tropeano to file an amended complaint in order to proceed with this action.[1] By letter dated January 3, 2007, the Court extended plaintiff's time to file the amended complaint to March 2, 2007.

## In Forma Pauperis Request

Joseph Tropeano now submits a request to proceed *in forma pauperis*. The Court hereby grants this request and directs Mr. Tropeano to include allegations that are personal to him in the amended complaint now due on or before March 2, 2007. If Mr. Tropeano fails to include allegations which would support a cognizable federal claim against the defendants named, the action shall be dismissed as to him for lack of standing.

---

[1] Because Joseph Tropeano did not submit an *in forma pauperis* application, that order did not address whether Mr. Tropeano should be permitted to proceed *in forma pauperis* and did not address any claims related to Mr. Tropeano. However, the Court noted, based on its review of the complaint, that Mr. Tropeano did not appear to have standing to bring claims against the named defendants based on the federal statutes cited therein. Rather, the original complaint appeared to contain only claims personal to plaintiff Susan Tropeano.

### Faxes to Chambers

Plaintiffs are hereby notified that no document shall be sent via facsimile to chambers. *See* Individual Motion Practices, ¶ I.E. Plaintiffs must submit their documents for filing to the Clerk's Pro Se Office either in person or by mail. No faxes shall be sent to the Clerk's Office.

### Change of Address

In his *in forma pauperis* application, Joseph Tropeano indicates that he and Susan Tropeano are not living in New York State, but are living in Vermont. It is plaintiffs' responsibility to provide the Court with a current address in writing. If plaintiffs wish to continue to receive mail at their Great Neck address while they are living in Vermont, they may do so, but they will not be provided with additional time to respond to any orders issued by the Court and the Court will not mail documents to more than one address.

### Conclusion

Plaintiffs are hereby directed to file an amended complaint on or before March 2, 2007, as set forth in this Order and in the Court's order dated October 30, 2006. All proceedings shall be stayed until March 2, 2007, or until plaintiffs have complied with the Court's orders. If plaintiffs fail to comply with these orders within the time allowed, judgment dismissing the complaint shall be entered. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

/SANDRA L. TOWNES
United States District Judge

Dated: Brooklyn, New York
January 9, 2007