UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN TROPEANO, JOSEPH TROPEANO,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV-2218 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAY 2 5 2007 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on May 24, 2007, denying plaintiffs' motions for recusal and appointment of counsel; dismissing the action in its entirety; certifying pursuant to 28 U.S.C. § 1915(a)3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that plaintiffs' motions for recusal and appointment of counsel are denied; that the action is dismissed in its entirety; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       May 24, 2007

Robert C. Heinemann
Clerk of Court

By: S
     Terry Vaughn
     Chief Deputy of
     Court Operations